U.S. District Court Judge RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEXTER O. GRAY, | CASE NO. C19-6074-RAJ |
| Plaintiff, | ~~PROPOSED~~ ORDER FOR ATTORNEYS FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant to 42 U.S.C. § 406(b), it is hereby

~~PROPOSED~~ ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C19-6074-RAJ]
- Page 1

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

ORDERED that Plaintiff's attorney, JEANETTE LAFFOON, is awarded attorney fees of $27,659 pursuant to 42 U.S.C. § 406(b).

DATED this 1st day of December, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C19-6074-RAJ]

- Page 2

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276